FILED
JUL 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WALTER LOUIS INGRAM                )
Reg. No. 28648-037                 )
FCI · Elkton                       )
POB 10, Lisbon, OH 44432)
(Enter your full name, prison number
and address)

v.

ALBERTO GONZALEZ, ATTY. GEN.       )
WILLIAM F. HENRY                   )
JOHN W. SKOZILAS                   )
T.R. SNIEZEK, WARDEN               )
(Enter the full name and address(es),
if know, of the defendant(s) in this
action)

CASE NUMBER   1:06CV01243

JUDGE: Unassigned

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 07/11/2006

CASE RE-ASSIGNED
OCT 3 0 2006
TO: SULLIVAN, J. EG

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Instructions for filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. § 1983

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis*. To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $350.00. If insufficient funds exist in your prison account at the time of filing your complaint, the court must access, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

(1) the average monthly deposits to your prison account, or
(2) the average monthly balance of your prison account for the prior six-month period.

RECEIVED
JUN 26 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Thereafter, you are required to make monthly payments of 20% of the preceding month's income. The agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you <u>must</u> submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copy to the Clerk of the United States District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, D.C. 20001.

I. **SUCCESSIVE CLAIMS**

   Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

II. **PREVIOUS LAWSUITS**

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes ( )    No (**X**)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  Yes ( )    No (**X**)

   C. If your answers to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit.

         Plaintiffs: _____

         Defendants: _____

      2. Court (If federal court, please name the district; if state court name the county.)
         _____

      3. Docket number: _____

      4. Name of judge to whom case was assigned: _____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6.  Approximate date of filing lawsuit: _____

7.  Approximate date of disposition: _____

III. **PLACE OF CONFINEMENT**

FEDERAL CORRECTIONAL INSTITUTION ELKTON
P.O. BOX 10 - LISBON, OHIO 44432

A.  Is there a prisoner grievance procedure in this institution? Yes (XX)    No ( )
    If your answer is Yes, go to Question III B. If your answer is No, skip Questions III, B, C and D and go to Question III E.

B.  Did you present the facts relating to your complaint in the prisoner grievance procedure?
    Yes ( X )    No ( )

C.  If your answer is Yes to Question III B:

    1.  To whom and when did you complain? **Ms. Marylou Burns, Unit Manager and Ms. Newland, Case Manager**

    2.  Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)    Yes ( X )    No ( )

    3.  What, if any, response did you receive? (Furnish copy of response, if in writing.) **I was informed by Ms. Marylou Burns, Unit Manager, who destroyed initial complaint, that "we" did not have to go any further, the issue would be resolved.**

    4.  What happened as a result of your complaint? **Probation Office responded that there was nothing their office could and/or would do and that I never objected to the information within PSI at sentencing.**

D.  If your answer is No to Question III B, explain why not. _____

E.  If there is no prison grievance procedure in the institution, did you complain to prison authorities?    Yes ( )    No ( )

F.  If your answer is Yes to Question III E;

    1.  To whom and when did you complain? _____

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)   Yes ( )    No ( )

3. What, if any response did you receive? (Furnish copy of response, if in writing.) _____

4. What happened as a result of your complaint? _____

## IV. PARTIES

In item A below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff: **WALTER LOUIS INGRAM, #28648-037**
   Address: **FCI Elkton, P.O. Box 10, Lisbon, Ohio 44432**

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank, and their address in the fourth blank. Do the same for additional defendants, if any.

B. Defendant: **Alberto Gonzalez, Attorney General, 950 Pennsylvania Avenue NW, Washington, D.C.**
   Address: _____

   Defendant: **William F. Henry, Chief Probation Officer**
   **250 West Pratt Street, Suite 400, Baltimore, MD 21201**

   Address: **John W. Skozilas, Jr. Supervising Probation Officer**
   **250 West Pratt Street Suite 400, Baltimore, MD 21201**

   Defendant: **T.R. Sniezek, Warden,**
   **FCI Elkton, PO Box 10, Lisbon, Ohio 44432**

   Address: _____

   Defendant: _____

   Address: _____

## V. STATEMENT OF CLAIM

State here briefly as possible the facts of your case. Describe how each defendant is involved. Include the names of other persons involved, dates, and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra sheets, if necessary.

Initially complained to both Ms. Marylou Burns, Unit Manager and Ms. Newlan, Case Manager, regarding erroneous information within my PSI Report. [See attached paper] Appealed to Warden who referred matter to Probation Office. [see attached paper]. Complained to Probation Office wherein nothing was ever done to resolve the erroneous information contained within my PSI Report [See attached paper]. (See, Sellers v. Bureau of Prisons, 959 F2d 307 (D.C.Cir. 1992). The District Court ruled that Ingram is not classified and/or characterized as a 'career Offender" pursuant to USSG § 4B1.2. However, PSI author did not remove "Career Offender" Classification from PSI Report. T.R. Sniezek, Warden has used erroneous "Career Offender" classification in scoring Ingram's custody classification points P.S. 5100.07, which in effect prohibits Ingram from participating in any transfer and furpough programs, etc.

VI.  RELIEF

State briefly exactly what you want the Court to do for you.

I respectfully request that the erroneous information regarding I am a "Career Offender" be deleted from my existing PSI Report and order that a new PSI Report be prepared reflecting the changes that I am not a "Career Offender" and that the additional points (3) were assessed against me when in fact I should have never been assessed 3 points because the conviction was beyond 15 years under USSG § 4A1.2(e)(1); U.S. v. Robertson, 260 F3d 500. I was also erroneously assessed an additional 2 points based on the allegation that I committed the instant offense less than 2 years after release of imprisonment.

Signed this 22 day of JUNE, 2006

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

June 22, 2006
(Date)

_____
(Signature of Plaintiff)

U. S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Institution*

Elkton, Ohio 44415

May 3, 2005

William F. Henry, Chief
United States Probation Office
District of Maryland
250 W. Pratt Street, Suite 400
Baltimore, Maryland 21201

Re: Ingram, Walter Louis
    Reg. No.: 28648-037
    Case No.: JKM-92-0116

Dear Mr. Henry:

We are in receipt of information provided by inmate Walter Louis Ingram, an inmate currently incarcerated at the Low-Security Federal Correctional Institution (FCI) in Elkton, Ohio. Mr. Ingram indicates that there is some pertinent information about his case missing from his Pre-Sentence Investigation Report (PSI) and his Judgment in a Criminal Case (J&C).

Mr. Ingram was sentenced in the District of Maryland by the Honorable Judge Motz, to a 210-month term for Conspiracy to Distribute and Possess With Intent to Distribute Cocaine; and Aiding and Abetting. Specifically, Mr. Ingram has indicated that he wishes to file an appeal on his case; however, his PSI nor his J&C indicate the amount of drugs for which he was personally held accountable. Thus, Mr. Ingram is requesting that his PSI and J&C be revised to include the drug amounts for which he was held accountable, so that he may file his appeal. Mr. Ingram is also contesting section 32, page 9, of his PSI which indicates that he is a "Career Offender". He indicates that he appealed this "Career Offender" status and it was overturned. He requests for this reference to be removed from his PSI.

As you are aware, the Judgment in Sellers vs. the Bureau of Prisons directs staff to notify the United States Probation Office when information contained in the PSI Report is contested by the inmate. Therefore, we are requesting your assistance in determining if the information provided by Mr. Ingram is valid.

If you have any questions in this matter, please contact Marylou Burns, Unit Manager, at (330) 424-7448, Ext. 1007.

Sincerely,

T. R. Sniezek
Warden

mailed A.M.
5/3/05

06 1243

FILED

JUL 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## PROBATION & PRETRIAL SERVICES OFFICE

**PROBATION OFFICES**

250 W. PRATT STREET
SUITE 400
BALTIMORE, MD 21201
410-962-4740

9200 EDMONSTON ROAD
SUITE 200
GREENBELT, MD 20770
301-344-0510

WILLIAM F. HENRY
CHIEF

**PRETRIAL OFFICES**

101 W. LOMBARD STREET
SUITE 1625
BALTIMORE, MD 21201
410-962-4820

6500 CHERRYWOOD LANE
SUITE 180
GREENBELT, MD 20770
301-344-0375

May 10, 2005

T. R. Sniezek
Warden
Federal Correctional Institution
Elkton, Ohio 44415

            Re:    Ingram, Walter Louis
                     Reg #: 28648-037
                     Case #: JFM-92-0113

Dear Warden Sniezek;

Reference is made to your letter of May 3, 2005 regarding Walter Louis Ingram. Please be advised that I do not have the authority to modify the Presentence Report or the Judgement and Order in this case. The authority to modify these documents rests solely with the Court. You may want to direct your request to the Honorable J. Frederick Motz, U.S. District Judge.

Sincerely,

John W. Skozilas, Jr.
Supervising U.S. Probation Officer

*REPLY TO:*
U.S. Probation Office, 250 West Pratt Street, Suite 400, Baltimore, MD 21201 Tel: (410) 962-4673 Fax: (410) 962-0954

APPENDIX-D

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### PROBATION & PRETRIAL SERVICES OFFICE

| PROBATION OFFICES | WILLIAM F. HENRY<br>CHIEF | PRETRIAL OFFICES |
|---|---|---|
| 250 W. PRATT STREET<br>SUITE 400<br>BALTIMORE, MD 21201<br>410-962-4740 | | 101 W. LOMBARD STREET<br>SUITE 1625<br>BALTIMORE, MD 21201<br>410-962-4820 |
| 9200 EDMONSTON ROAD<br>SUITE 200<br>GREENBELT, MD 20770<br>301-344-0510 | September 13, 2005 | 6500 CHERRYWOOD LANE<br>SUITE 180<br>GREENBELT, MD 20770<br>301-344-0375 |

Walter Ingram
Reg. No. 28648-037
FCI Elkton
P.O. Box 10
Lisbon, Ohio 44432


Re:     **Walter Louis Ingram**
        **JFM-92-0116**

Dear Mr. Ingram;

Reference is made to your letter of October 4, 2005, wherein you request a modification of the presentence report dated October 27, 1992.

Please be advised that the Court does not routinely order a new presentence report at a re-sentencing. I have no authority to initiate a new report or change the original report without the Court's authority.

Sincerely,

John W. Skozilas, Jr.
Supervising U.S. Probation Officer


cc      Hon. J. Frederick Motz
        U.S. District Judge

---

**REPLY TO:**
U.S. Probation Office, 250 West Pratt Street, Suite 400, Baltimore, MD 21201 Tel: (410) 962-4673 Fax: (410) 962-0954

*Appendix-E 1 of 2*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### PROBATION & PRETRIAL SERVICES OFFICE

| PROBATION OFFICES | WILLIAM F. HENRY<br>CHIEF | PRETRIAL OFFICES |
|---|---|---|
| 250 W. PRATT STREET<br>SUITE 400<br>BALTIMORE, MD 21201<br>410-962-4740 | | 101 W. LOMBARD STREET<br>SUITE 1625<br>BALTIMORE, MD 21201<br>410-962-4820 |
| 9200 EDMONSTON ROAD<br>SUITE 200<br>GREENBELT, MD 20770<br>301-344-0510 | September 13, 2005 | 6500 CHERRYWOOD LANE<br>SUITE 180<br>GREENBELT, MD 20770<br>301-344-0375 |

Walter Ingram
Reg. No. 28648-037
FCI Elkton
P.O. Box 10
Lisbon, Ohio 44432


Re:   **Walter Louis Ingram**
      **HNM-92-0116**


Dear Mr. Ingram;

Reference is made to your letter of September 6, 2005, wherein you request a modification of the presentence report dated October 27, 1992.

Please be advised that you were afforded an opportunity to object to the report at the time of sentencing at which time the Court would have ruled on your objection. I have no authority to change the report. The report was ordered by the Court, and only the Court has the authority to order a modification of the report.

Sincerely,

John W. Skozilas, Jr.
Supervising U.S. Probation Officer


cc   Hon. J. Frederick Motz
     U.S. District Judge


**REPLY TO:**
U.S. Probation Office, 250 West Pratt Street, Suite 400, Baltimore, MD 21201 Tel: (410) 962-4673 Fax: (410) 962-0954

Appendix-E-2 of 2