AO 240 (Rev. 10/03)

**FILED**
JUL 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

District of  COLUMBIA

WALTER L. INGRAM
Plaintiff

v.

ALBERTO GONZALES, ET AL
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 06 1243

I, __WALTER LOUIS INGRAM__ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes  ☐ No  (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __FCI Elkton, PO Box 10, Lisbon, Ohio 44432__

   Are you employed at the institution? __Yes__  Do you receive any payment from the institution? __Yes__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?  ☐ Yes  ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  __N/A__

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment  ☐ Yes  ☐ No
   b. Rent payments, interest or dividends            ☐ Yes  ☐ No
   c. Pensions, annuities or life insurance payments  ☐ Yes  ☐ No
   d. Disability or workers compensation payments     ☐ Yes  ☐ No
   e. Gifts or inheritances                           ☐ Yes  ☐ No
   f. Any other sources                               ☒ Yes  ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.  __I have received monies from family and friends.__

RECEIVED
JUN 26 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____N/A_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   N/A

declare under penalty of perjury that the above information is true and correct.

_____June 22, 2006_____   _____Walter C. [signature]_____
Date                           Signature of Applicant

**OTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during e last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach e certified statement of each account.

## ORDER OF THE COURT

| he application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge ___ Date ___ | United States Judge ___ Date ___ |

RECEIVED JUN 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# Inmate Statement



| Inmate Reg #: | 28648037 | Current Institution: | Elkton FCI |
|---|---|---|---|
| Inmate Name: | INGRAM, WALTER | Housing Unit: | UNIT B |
| Report Date: | 06/16/2006 | Living Quarters: | B06-324L |
| Report Time: | 9:21:50 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ELK | 6/14/2006 1:35:08 PM | 72 | | | Sales | ($39.20) | | $91.37 |
| ELK | 6/13/2006 6:23:58 PM | ITS0613 | | | Phone Withdrawal | ($7.00) | | $130.57 |
| ELK | 6/11/2006 10:46:48 PM | ITS0611 | | | Phone Withdrawal | ($3.00) | | $137.57 |
| ELK | 6/10/2006 1:53:46 PM | ITS0610 | | | Phone Withdrawal | ($12.00) | | $140.57 |
| ELK | 6/9/2006 8:53:38 AM | FIPP0506 | | | Payroll - IPP | $90.00 | | $152.57 |
| ELK | 6/8/2006 5:37:50 PM | ITS0608 | | | Phone Withdrawal | ($9.00) | | $62.57 |
| ELK | 6/7/2006 12:50:02 PM | 2 | | | Sales | ($66.40) | | $71.57 |
| ELK | 6/6/2006 8:43:44 PM | ITS0606 | | | Phone Withdrawal | ($3.00) | | $137.97 |
| ELK | 6/4/2006 7:19:00 PM | ITS0604 | | | Phone Withdrawal | ($5.00) | | $140.97 |
| ELK | 6/4/2006 11:58:17 AM | ITS0604 | | | Phone Withdrawal | ($7.00) | | $145.97 |
| ELK | 6/3/2006 9:14:51 PM | 33317606 | | | Western Union | $150.00 | | $152.97 |
| ELK | 6/3/2006 9:20:36 AM | ITS0603 | | | Phone Withdrawal | ($5.00) | | $2.97 |
| ELK | 6/2/2006 8:20:25 PM | ITS0602 | | | Phone Withdrawal | ($3.00) | | $7.97 |
| ELK | 6/1/2006 5:40:55 PM | ITS0601 | | | Phone Withdrawal | ($4.00) | | $10.97 |
| ELK | 6/1/2006 11:10:52 AM | 5 | | | Sales | ($165.80) | | $14.97 |
| ELK | 5/27/2006 2:10:04 PM | 33317106 | | | Western Union | $50.00 | | $180.77 |
| ELK | 5/21/2006 10:43:16 PM | ITS0521 | | | Phone Withdrawal | ($4.00) | | $130.77 |
| ELK | 5/21/2006 4:48:22 PM | ITS0521 | | | Phone Withdrawal | ($5.00) | | $134.77 |
| ELK | 5/17/2006 1:35:26 PM | 51 | | | Sales | ($31.05) | | $139.77 |
| ELK | 5/16/2006 8:16:49 PM | 33316306 | | | Western Union | $50.00 | | $170.82 |
| ELK | 5/13/2006 10:21:42 AM | ITS0513 | | | Phone Withdrawal | ($20.00) | | $120.82 |
| ELK | 5/12/2006 5:15:06 PM | ITS0512 | | | Phone Withdrawal | ($9.00) | | $140.82 |
| ELK | 5/11/2006 9:44:23 PM | ITS0511 | | | Phone Withdrawal | ($3.00) | | $149.82 |
| ELK | 5/10/2006 1:10:47 PM | 33 | | | Sales | ($114.55) | | $152.82 |
| ELK | 5/10/2006 8:26:41 AM | FIPP0406 | | | Payroll - IPP | $90.00 | | $267.37 |
| ELK | 5/9/2006 10:06:32 PM | ITS0509 | | | Phone Withdrawal | ($3.00) | | $177.37 |
| ELK | 5/7/2006 12:28:57 PM | ITS0507 | | | Phone Withdrawal | ($5.00) | | $180.37 |
| ELK | 5/5/2006 9:54:45 PM | ITS0505 | | | Phone Withdrawal | ($15.00) | | $185.37 |
| ELK | 5/5/2006 1:11:55 PM | 33315606 | | | Western Union | $200.00 | | $200.37 |
| ELK | 5/3/2006 9:13:49 PM | ITS0503 | | | Phone Withdrawal | ($3.00) | | $0.37 |
| ELK | 5/3/2006 7:33:18 PM | ITS0503 | | | Phone Withdrawal | ($1.00) | | $3.37 |
| ELK | 5/3/2006 1:06:42 PM | 42 | | | Sales | ($46.15) | | $4.37 |
| ELK | 4/30/2006 8:35:05 PM | ITS0430 | | | Phone Withdrawal | ($2.00) | | $50.52 |

**FILED JUL 11 2006**
**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

06 1243

Case 1:06-cv-01243-EGS    Document 2    Filed 07/11/2006    Page 4 of 8

| | | | | | | |
|---|---|---|---|---|---|---|
| ELK | 4/28/2006 10:02:13 PM | ITS0428 | | Phone Withdrawal | ($4.00) | $52.52 |
| ELK | 4/28/2006 8:10:15 PM | 33315106 | | Western Union | $50.00 | $56.52 |
| ELK | 4/27/2006 9:22:10 PM | . ITS0427 | | Phone Withdrawal | ($1.00) | $6.52 |
| ELK | 4/26/2006 1:02:32 PM | 36 | | Sales | ($137.90) | $7.52 |
| ELK | 4/23/2006 10:00:27 PM | ITS0423 | | Phone Withdrawal | ($4.00) | $145.42 |
| ELK | 4/21/2006 10:25:15 PM | ITS0421 | | Phone Withdrawal | ($2.00) | $149.42 |
| ELK | 4/19/2006 8:12:38 PM | 33314406 | | Western Union | $100.00 | $151.42 |
| ELK | 4/19/2006 1:00:12 PM | 4 | | Sales | ($28.90) | $51.42 |
| ELK | 4/14/2006 8:57:24 PM | ITS0414 | | Phone Withdrawal | ($6.00) | $80.32 |
| ELK | 4/12/2006 9:37:48 PM | ITS0412 | | Phone Withdrawal | ($7.00) | $86.32 |
| ELK | 4/12/2006 1:10:01 PM | 49 | | Sales | ($77.50) | $93.32 |
| ELK | 4/11/2006 7:26:19 PM | ITS0411 | | Phone Withdrawal | ($7.00) | $170.82 |
| ELK | 4/10/2006 8:14:23 AM | FIPP0306 | | Payroll - IPP | $90.00 | $177.82 |
| ELK | 4/9/2006 10:34:01 AM | ITS0409 | | Phone Withdrawal | ($5.00) | $87.82 |
| ELK | 4/7/2006 7:58:45 PM | ITS0407 | | Phone Withdrawal | ($2.00) | $92.82 |
| ELK | 4/6/2006 10:36:04 PM | ITS0406 | | Phone Withdrawal | ($3.00) | $94.82 |
| ELK | 4/5/2006 1:09:07 PM | 52 | | Sales | ($192.35) | $97.82 |

1 2 3 4 5

Total Transactions: 227

Totals:     ($102.90)     $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ELK | $91.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $91.37 |
| Totals: | $91.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $91.37 |

Case 1:06-cv-01243-EGS   Document 2   Filed 07/11/2006   Page 6 of 8

TRANSMITTAL SHEET
(Notice of Appellate Action)

| | | |
|---|---|---|
| X Notice of Filing<br>__ Cross Appeal<br>__ Interlocutory Appeal<br>☐ Additional NOA<br>__ Corrected Amended NOA<br>__ Transmittal of Record<br>__ Transmittal of Certificate<br>__ Supplement to ROA<br>__ Supplemental Certificate<br>__ Other:_____ | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br>AT BALTIMORE<br><br>Caption:<br>USA<br>      v.<br>**Walter Ingram.** | District Court Case No. JFM-92-0116<br><br>4 CCA Case No.<br>Consolidated with No.<br><br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed: 2/9/06 | 4. Fees<br>    __ no fee required<br>$5 filing fee:    paid    unpaid<br>$250 docketing fee:    paid    unpaid<br>Pauper status:    X granted   ☐ denied   __pending in District Court<br>Does PLRA apply?    yes  X no    ☐ 3 strikes?   ☐ yes  X no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
| 2. Amended NOA filed: | |
| 3. District Judge: J. Frederick Motz | 5. Materials Under Seal in District Court?    yes  X no<br><br>Party Names Under Seal in District Court?  ☐ yes  X no |
| 6. Official Court Reporter(s)<br><br>Contract Court Reporter:<br><br>Coordinator(s):<br>Stephanie L. Savoy | 7. Transcript<br><br>In-Court Hearing Held    yes    X no |
| | 8. Criminal/Prisoner Cases<br><br>☐ recalcitrant witness    Defendant's Address:<br>☐ on death row<br>☐ in custody<br>☐ on bond<br>☐ on probation |

**Part II**    TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT # ___ |
|---|---|
| Pleadings: Vols. ___<br>Transcript: Vols. ___<br>Exhibits: Vols. ___<br>Depositions: Vols. ___<br>State Ct. Record: Vols. ___<br>Sealed: Vols. ___<br>No. of Boxes ___ | Pleadings: Vols. ___<br>Transcript: Vols. ___<br>Exhibits: Vols. ___<br>Depositions: Vols. ___<br>State Ct. Record: Vols. ___<br>Sealed: Vols. ___<br>No. of Boxes ___ |

Deputy Clerk: Stephanie Savoy    Phone: (410) 962-3928    Date: February 9, 2006



RECEIVED

JUN 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT