U.S. Department of Justice
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
John W. Skozilas, Jr
Supvsr. Probation Officer
250 West Pratt St., Ste. 400
Baltimore, MD  21201

Civil Action, File Number __06-1243  EGS__

__Walter Louis Ingram__
V.
__Alberto Gonzalez, Atty. Gen'l. Et Al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

__10/31/06__                                            _[signature]_
Date of Signature                                       Signature (USMS Official)

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

__250 W. PRATT STREET, STE 400__
Street Number and Street Name or P.O. Box No.

__BALTIMORE, MARYLAND 21201__
City, State and Zip Code

_[signature] John W. Skozilas_
Signature

__SELF__
Relationship to Entity/Authority to Receive

__U.S. POSTAL SERVICE__
Service of Process

__November 6, 2006__
Date of Signature

RECEIVED 2006 OCT 31 A 10:45 U.S. MARSHALS OFFICE DISTRICT OF COLUMBIA

Form USM-299
(Rev. 6/95)

Copy 1 - Clerk of Court

U.S. Department of Justice
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
William F. Henry, Chief Probation Officer
250 West Pratt St., Ste. 400
Baltimore, MD 21201

Civil Action, File Number __06-1243   EGS__

__Walter Louis Ingram__
V.
__Alberto Gonzalez, Atty. Gen. Et Al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

__10/31/06__
Date of Signature

Signature *(USMS Official)*

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

__250 W. Pratt St, Suite 400__
Street Number and Street Name or P.O. Box No.

__Baltimore, MD 21201__
City, State and Zip Code

Signature

__SELF__
Relationship to Entity/Authority to Receive

__USPS__
Service of Process

__11/6/06__
Date of Signature

Copy 1 - Clerk of Court

Form USM-299
(Rev. 6/95)