UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **WALTER LOUIS INGRAM**, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **ALBERTO GONZALEZ, et al.**, ) <br> ) <br> Defendants. ) | Civil Action No.: 06-1243 (EGS) |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Michelle N. Johnson as counsel for the defendants[1] in the above-captioned case.

Respectfully submitted,

   /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANTS

---

[1] The undersigned counsel is in the process of determining whether representational authority for the individually named defendants will be required.

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Praecipe was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Walter Louis Ingram
R28648-037
FCI-Elkton
P.O. Box 10
Lisbon, OH 44432

on this 27th day of December, 2006.

                                            /s/
                                  MICHELLE N. JOHNSON