UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **WALTER LOUIS INGRAM**, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: 06-1243 (EGS) |
| **ALBERTO GONZALEZ, et al.**, | ) ) ) | |
| Defendants. | ) ) | |

### DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants,[1] through counsel, respectfully move this Court for a three-week enlargement of time to file their response to Plaintiff's Complaint. In support of this motion, Defendants state the following:

1. Plaintiff filed his pro se Complaint in this Court on July 11, 2006. In his complaint, Plaintiff seeks to amend his pre-sentence report to omit allegedly erroneous information. Defendants' answer or response to the Complaint is due on or before January 2, 2007.

2. The undersigned counsel has been in contact with the Bureau of Prisons ("BOP"), the entity that had responsibility for processing Plaintiff's claim. The BOP is in the process of forwarding its administrative file to the undersigned counsel, however, due to time constraints, this file has not yet been provided.

3. Because the undersigned counsel has not yet received the complete administrative

---

[1] The undersigned counsel has not yet obtained authority to represent the individually named defendants and therefore is representing the individually named defendants for purposes of this motion only.

file pertaining to Plaintiff's claim, she is requesting additional time so that she may thoroughly investigate the facts in this matter.  Accordingly, Defendants seek a three-week extension of time, up to and including January 23, 2007, in which to answer or otherwise respond to Plaintiff's complaint.

5.  Since pro se Plaintiff is incarcerated it is impracticable for the undersigned counsel to confer with him about this Motion.[2]

Dated: December 27, 2006

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

/s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANTS

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel."  It does not require counsel to discuss those motions with pro se parties.  Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WALTER LOUIS INGRAM**,          ) | |
|   )  | |
|       Plaintiff,          ) | |
|   )  | |
| v.          ) | Civil Action No.: 06-1243 (EGS) |
|   )  | |
| **ALBERTO GONZALEZ, et al.,**          ) | |
|   )  | |
|       Defendants.          ) | |

### **ORDER**

This matter having come before this Court on Defendants' Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**.  It is further

**ORDERED** that Defendants shall file their response to Plaintiff's complaint on or before January 23, 2007.

**SO ORDERED** this _____ day of _____, 200___.

_____
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Defendants' Motion for an Enlargement of Time to Respond to the Complaint was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Walter Louis Ingram
R28648-037
FCI-Elkton
P.O. Box 10
Lisbon, OH 44432

on this 27th day of December, 2006.

/s/
MICHELLE N. JOHNSON