```
                                    Mr. Walter Ingram
                                    Reg. No. 28648-037
        RECEIVED                    Federal Correctional Institution
                                    Elkton
         JAN 1 9 2007               P.O. Box 10
                                    Lisbon, Ohio 44432
      NANCY MAYER WHITTINGTON, CLERK
           U.S. DISTRICT COURT      January 15, 2007
```

Clerk of Court
United States District Court
District of Columbia
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

RE:   Walter Louis Ingram v. Alberto Gonzalez
      Civil Action No.: 06-1243(EGS)

Dear Sir/Madam:

    This letter is to inform your office that on January 17, 2007, I will no longer be incarcerated within the Federal Correctional Institution Elkton based on the fact that I will be released to the Community Corrections Center (CCC) located at 4601 East Monument Street, Baltimore, Maryland 21205.

    Please forward any and all future correspondence to the within listed current address.

    Thank you for your sincere efforts and immediate attention in this matter.

Sincerely,

*Walter Ingram*

Walter Ingram

cc:   WLI/wli
      United States Attorney Office
      Files