UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WALTER LOUIS INGRAM**, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 06-1243 (EGS) |
| **ALBERTO GONZALEZ, et al.**, | ) |
| Defendants. | ) |

**DEFENDANTS' (SECOND) MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants, through counsel, respectfully move this Court for a one-week enlargement of time to file their response to Plaintiff's Complaint. In support of this motion, Defendants state the following:

1. Plaintiff filed his pro se Complaint in this Court on July 11, 2006. In his complaint, Plaintiff seeks to amend his pre-sentence report to omit allegedly erroneous information. Defendants' answer or response to the Complaint was due on or before January 2, 2007.

2. On December 27, 2006, Defendants filed a motion seeking a three-week extension of time in which to respond to Plaintiff's complaint, which this Court granted on January 4, 2007. Defendants' response was required to be filed on or before January 23, 2007.

3. However, due to her commitments in her other cases, the undersigned counsel has not yet been able to complete her response to Plaintiff's complaint. In addition, because the Defendants anticipate filing a dispositive motion in lieu of an answer, additional time is needed to prepare and finalize such a motion.

4.	This extension is sought in good faith.  The granting of this Motion would promote judicial economy because, should the Court grant the motion Defendants anticipate filing, it would dispose of this case without the cost and time of further litigation.

5.	Since pro se Plaintiff is incarcerated it is impracticable for the undersigned counsel to confer with him about this Motion.[1]

Dated: January 23, 2007

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney


MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANTS

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel."  It does not require counsel to discuss those motions with pro se parties.  Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WALTER LOUIS INGRAM**,  )  <br> )  <br> Plaintiff,  )  <br> )  <br> v.  )  <br> )  <br> **ALBERTO GONZALEZ, et al.**,  )  <br> )  <br> Defendants.  )  <br> ) | Civil Action No.: 06-1243 (EGS) |

**ORDER**

This matter having come before this Court on Defendants' (Second) Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**. It is further

**ORDERED** that Defendants shall file their response to Plaintiff's complaint on or before January 30, 2007.

**SO ORDERED** this ____ day of _____, 200__.

_____
United States District Court Judge

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Defendants' (Second) Motion for an Enlargement of Time to Respond to the Complaint was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Walter Louis Ingram
R28648-037
FCI-Elkton
P.O. Box 10
Lisbon, OH 44432

on this 23rd day of January, 2007.

_____
                                  MICHELLE N. JOHNSON