## AMENDED CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendants' (Second) Motion for an Enlargement of Time to Respond to the Complaint was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Walter Louis Ingram
R28648-037
Community Corrections Center
4601 East Monument Street
Baltimore, MD 21205

on this 23rd day of January, 2007.

_____
MICHELLE N. JOHNSON