# EXHIBIT A

Case 1:06-cv-01243-EGS    Document 12-2    Filed 01/30/2007    Page 1 of 2

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
NERH1            *       PUBLIC INFORMATION        *    12-21-2006
PAGE 004 OF 004  *           INMATE DATA           *    09:13:36
                          AS OF 12-21-2006

REGNO..: 28648-037 NAME: INGRAM, WALTER LOUIS

                 RESP OF: ELK / DESIGNATED, AT ASSIGNED FACIL
                 PHONE..: 330-424-7448   FAX: 330-424-7075
------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-27-2006 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 06-27-2006 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN.........: 12-09-1992
TOTAL TERM IN EFFECT...........:   210 MONTHS
TOTAL TERM IN EFFECT CONVERTED.:    17 YEARS      6 MONTHS
EARLIEST DATE OF OFFENSE.......: 03-19-1992

JAIL CREDIT....................:    FROM DATE    THRU DATE
                                    03-19-1992   12-08-1992

TOTAL PRIOR CREDIT TIME........: 265
TOTAL INOPERATIVE TIME.........: 0
TOTAL GCT EARNED AND PROJECTED.: 799
TOTAL GCT EARNED...............: 729
STATUTORY RELEASE DATE PROJECTED: 07-10-2007
SIX MONTH /10% DATE............: N/A
EXPIRATION FULL TERM DATE......: 09-16-2009


PROJECTED SATISFACTION DATE....: 07-10-2007
PROJECTED SATISFACTION METHOD..: GCT REL
```