# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| WALTER LOUIS INGRAM | : |
| PLAINTIFF | : |
| V. | : CIVIL NO. 06-01243(EGS) |
| ALBERTO GONZALES, et. al. | : |
| DEFENDANTS | : |

DECLARATION OF ROSALIND BINGHAM

I, Rosalind Bingham, do hereby declare, certify and state as follows:

1. I am a Paralegal Specialist for the Federal Bureau of Prisons, Northeast Regional Office. I have held this position since January 2001. The official duties and responsibilities of my current position include access to inmate records, including administrative remedy data and public information data.

2. Title 28 C.F.R. §§542.10-.19 contains the Bureau of Prisons Administrative Remedy Procedures. Under these guidelines, an inmate can seek formal review of almost any aspect of his incarceration. The procedure requires the inmate to first

file a complaint with the Warden. This level of appeal is designated with the letter "F" on the Administrative Remedy Generalized Retrieval data print out. If the inmate is not satisfied with the Warden's response, he must then file an appeal to the Regional Director within 20 days of the Warden's response. This level of appeal is designated with the letter "R" on the Administrative Remedy Generalized Retrieval data print out. If the inmate is not satisfied with the Regional Director's response, he must then file an appeal to the General Counsel within 30 days of the Regional Director's response. This is the final administrative appeal available to an inmate in the Federal Bureau of Prisons. This level of appeal is designated with the letter "A" on the Administrative Remedy Generalized Retrieval data print out. An inmate has not exhausted the Bureau of Prisons' administrative remedy procedures until he has filed a complaint through all three levels.

3. These regulations are available to all inmates through the institutional law libraries.

4. I declare I have reviewed the administrative remedy records as they pertain to WALTER LOUIS INGRAM, Federal Register No. 28648-037 (hereinafter Plaintiff).

5. These records do not indicate plaintiff ever exhausted his administrative remedies regarding the allegations in his complaint. Specifically, plaintiff never filed an appeal regarding an alleged error in his pre-sentence (PSI) investigation report. The only issue plaintiff ever exhausted pertained to a Discipline Hearing Officer (DHO) hearing. Please **See** Attachment "A", Administrative Remedy Generalized Retrieval data for plaintiff, Administrative Remedy Generalized Retrieval full screen format for Remedy 286318-A1, and Public Information Data.

I declare the foregoing is true and correct to the best of my knowledge and belief and is given under penalty of perjury pursuant to 28 U.S.C. §1746.

Executed this 9th day of January, 2007.

                                            Rosalind Bingham, Paralegal Specialist
                                            Federal Bureau of Prisons
                                            Northeast Regional Office

**ATTACHMENT "A"**

```
  NERH1         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-30-2007
PAGE 006 OF 006 *             FULL SCREEN FORMAT               *      08:26:56

REGNO: 28648-037 NAME: INGRAM, WALTER
RSP OF...: CBR UNT/LOC/DST: 3GS                 QTR.: N/A         RCV OFC: BOP
REMEDY ID: 286318-A1     SUB1: 20DM SUB2:       DATE RCV:  04-02-2003
UNT RCV..: C             QTR RCV.: C02-240L     FACL RCV: MCK
UNT ORG..: UNIT 6        QTR ORG.: S03-194U     FACL ORG: FTD
EVT FACL.: FTD      ACC LEV: NER 2 BOP 1        RESP DUE: MON 05-12-2003
ABSTRACT.: APPEALS 11-22-02 DHO HEARING, CODE 297A
STATUS DT: 05-06-2003  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 1047132   RCT: P EXT:   DATE ENTD: 04-02-2003
REMARKS..:



                 5 REMEDY SUBMISSION(S) SELECTED
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```