UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALTER LOUIS INGRAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1243 (EGS) |
| | ) |
| T.R. SNIEZEK, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Defendants have filed a motion to dismiss or, in the alternative, to transfer venue. Plaintiff is proceeding *pro se*. The Court will rule on defendants' motion taking into consideration the facts proffered by plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case.

If plaintiff fails to respond to this motion, the Court may assume that the motion is conceded and may grant the motion and dismiss or transfer the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is

**ORDERED** that plaintiff shall respond to the defendants' motion within 30 days of this Order. If plaintiff does not respond by that date, the Court may treat the motion as conceded.

_____/s/_____
EMMET G. SULLIVAN
United States District Judge

DATE: February 2, 2007