February 28, 2007

Walter Louis Ingram
    Plaintiff,

V.                                 Civil Action No. 06-1243 (EGS)

Alberto Gonzalez
    Defendants,


To Whom It May Concern,

    This letter is the plaintiff's response to the defendant's motion to dismiss or, in the alternative, to transfer venue filed on 02/02/07. The plaintiff is requesting an extension of at least 30 days for the following reasons:

    1) Due to the plaintiffs living situation and because he is currently in a halfway house the plaintiff needs time to access the local law library in order to do more research and to properly prepare for this case.

    2) Because the plaintiff is respectfully requesting that this court either assists him or appoints counsel to assist him with this case.


In closing I would like to thank you for your time and patients regarding this very serious request as I look forward to receiving a response to this letter in the very near future.


                                                          Respectfully,

                                                          *[signature]*
                                                          Walter Louis Ingram