UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WALTER LOUIS INGRAM**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-1243 (EGS) |
| ) | |
| **ALBERTO GONZALEZ, et al.**, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME TO FILE THEIR REPLY IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS, OR IN THE ALTERNATIVE, TRANSFER VENUE**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants, through counsel, respectfully move this Court for a one-week enlargement of time to file their reply in further support of their previously filed motion to dismiss, or in the alternative, to transfer venue. In support of this motion, Defendants state the following:

1.  Plaintiff filed his pro se Complaint in this Court on July 11, 2006. In his complaint, Plaintiff seeks to amend his pre-sentence report to omit allegedly erroneous information.

2.  On January 30, 2007, Defendants filed a motion to dismiss the complaint, or alternatively, transfer venue. On February 2, 2007, the Court issued an Order directing Plaintiff to respond to Defendants' motion within 30 days of the date of the Order. On March 6, 2007, Plaintiff filed a motion seeking an extension of time to oppose Defendants' motion. The Court granted this motion, and Plaintiff filed his response in opposition to Defendants' motion on April 6, 2007. Defendants' reply is due on April 16, 2007.

3.  Because Plaintiff has raises several issues necessitating a response, Defendants

intend to file a reply brief. However, due to her commitments in her other cases, and the recent passing of a family member which required the undersigned counsel to be out of the office last week, Defendants are requesting an additional week to file their reply in further support of their motion to dismiss, or alternatively, transfer venue.

    4.    This extension is sought in good faith. The granting of this Motion would promote judicial economy because, should the Court grant Defendants' motion, it would dispose of this case without the cost and time of further litigation.

    5.    Since pro se Plaintiff currently resides in a community correctional center, it is impracticable for the undersigned counsel to confer with him about this Motion.[1]

Dated: April 16, 2007

                              Respectfully submitted,

                              /s/
                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                              United States Attorney

                              /s/
                              RUDOLPH CONTRERAS, D.C. BAR #  434122
                              Assistant United States Attorney

                              /s/
                              MICHELLE N. JOHNSON, D.C. BAR # 491910
                              Assistant United States Attorney
                              United States Attorney's Office

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing Defendants' Motion for an Enlargement of Time to File Their Reply in Further Support of Their Motion to Dismiss, or in the Alternative, Transfer Venue, was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Walter Louis Ingram
R28648-037
Community Correction Center
4601 E. Monument Street
Baltimore, MD 21205

on this <u>16th</u> day of April, 2007.

                                                                          /s/
                                            MICHELLE N. JOHNSON