UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **WALTER LOUIS INGRAM**, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: 06-1243 (EGS) |
| **ALBERTO GONZALEZ, et al.**, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

This matter having come before this Court on Defendants' Motion for an Enlargement of Time to File Their Reply in Further Support of Their Motion to Dismiss, or in the Alternative, Transfer Venue, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**. It is further

**ORDERED** that Defendants shall file their reply on or before April 23, 2007.

**SO ORDERED** this _____ day of _____, 200___.

_____
United States District Court Judge