# EXHIBIT 1

Home   Pacer                                                                                    Help

## Party/Attorney Selection Page

| Case No. | Party/Attorney Name | Case Name |
|---|---|---|
| 01-899 | Ingram , Walter Louis | In re: Ingram v |
| 02-7691 | Ingram , Walter Louis | US v Ingram |
| 04-241 | Ingram , Walter Louis | In Re: Ingram v |
| 04-7018 | Ingram , Walter Louis | Ingram v Ashcroft |
| 05-244 | Ingram , Walter Louis | In re: Ingram v |
| 06-6273 | Ingram , Walter Louis | US v Ingram |
| 92-5886 | Ingram , Walter Louis | US v Ingram |
| 93-5037 | Ingram , Walter Louis | US v Ingram |
| 98-7414 | Ingram , Walter Louis | US v Ingram |
| 99-6987 | Ingram , Walter Louis | US v Ingram |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/22/2007 15:44:52 | | | |
| PACER Login: | du5738 | Client Code: | DOJ |
| Description: | pty select | Search Criteria: | Ingram, Walter |
| Billable Pages: | 1 | Cost: | 0.08 |

Home   Pacer                                                                                    Help