UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WALTER LOUIS INGRAM, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-1243 (EGS) |
| | : | |
| ALBERTO GONZALES, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

In accordance with the Memorandum Opinion issued this 21st day of August, 2007 it is

ORDERED that defendants' motion to dismiss or, in the alternative, to transfer venue [12] is GRANTED.

The case is DISMISSED.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

_____/s/_____
EMMET G. SULLIVAN
United States District Judge